1
2
3
4
5
6

7                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
8                              AT SEATTLE

9

10  | ARMAND CALHOUN, et al.,        | CASE NO. C21-1613JLR |

11  |         Plaintiffs,            | ORDER |

12  |     v.                         |       |

13  | BANK OF AMERICA NA,            |       |

14  |         Defendant.             |       |

15      Before the court are Plaintiffs Armand Calhoun and Robert Flores's (collectively,

16  "Plaintiffs") petitions for disbursement of funds. (Pet. (Dkt. # 6).) The court has

17  reviewed Plaintiffs' petitions, the balance of the record, and the applicable law. Being

18  fully advised, the court DENIES Plaintiffs' petitions.

19      Plaintiffs request that the court direct the Clerk to disburse "funds deposited in the

20  registry of this court." (*See* Pet.) Plaintiffs seek disbursement of $630,000,000 in the

21  form of four checks made out to made out to Mr. Flores, Mr. Calhoun, and minors T.C

22  and Q.C. (*See id.*) Pursuant to Local Rule 67, "[a]ll deposits into the Registry of the

ORDER - 1

[c]ourt must be accompanied by a court order permitting the deposit." Local Rules W.D. Wash. LCR 67. Here, there has been no such order nor have any funds been deposited in the court's registry in relation to this matter. (*See generally* Dkt.) Thus, there are no funds for the Clerk to disburse to Plaintiffs.[1]

Accordingly, the court DENIES Plaintiffs' petitions to disburse funds (Dkt. # 6). Furthermore, the court warns Plaintiffs that this action may be dismissed if they fail to correct the deficiencies with their IFP applications by January 3, 2022. (*See* IFP Deficiency Letter.)

Dated this 17th day of December, 2021.

JAMES L. ROBART
United States District Judge

---

[1] Moreover, this action has not yet commenced due to Mr. Calhoun's failure to cure the deficiencies in his *in forma pauperis* ("IFP") application and Mr. Flores's failure to file an IFP application. (*See* IFP Deficiency Letter (Dkt. # 3); *see also* IFP Application (Dkt. # 1); Dkt.) Because these IFP deficiencies have not yet been cured, Plaintiffs' proposed complaint has not yet been filed with the court. (*See generally* Dkt.; Proposed Compl. (Dkt. # 1-1).)