1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ARMAND CALHOUN, et al.,

     Plaintiffs,

 v.

BANK OF AMERICA NA,

     Defendant.

CASE NO. C21-1613JLR

SHOW CAUSE ORDER

Before the court are:  (1) *pro se* Plaintiff Armand Calhoun's application to proceed *in forma pauperis* ("IFP") (IFP Application (Dkt. # 1)); and (2) Mr. Calhoun and *pro se* Plaintiff Robert Flores's (collectively, "Plaintiffs") proposed complaint (Compl. (Dkt. # 1-1)).  The court notified Mr. Calhoun on December 1, 2021 that his IFP application was "[u]nsigned/[b]lank/[i]ncomplete" and instructed him to submit the correct form to the court by January 3, 2022.  (*See* Notice (Dkt. # 3).)  It also notified him that Mr. Flores did not file a separate IFP application and did not sign the proposed complaint.  (*See id.* (requiring Mr. Calhoun to file the properly signed complaint, in accordance with Federal

SHOW CAUSE ORDER - 1

Rule of Civil Procedure 11 and Local Civil Rule 83.2 by December 15, 2021).)  Plaintiffs have neither filed a corrected IFP application for Mr. Calhoun and a separate IFP application for Mr. Flores nor paid the $400.00 filing fee.  (*See generally* Dkt.)  They have also failed to file a corrected proposed complaint signed by both Mr. Flores and Mr. Calhoun.[1]  (*See generally id.*)

Accordingly, Mr. Calhoun is ORDERED to show cause why his IFP application should not be denied, and Plaintiffs are ORDERED to show cause why their case should not be dismissed.  Plaintiffs must respond to this Show Cause Order by February 4, 2022.  Alternatively, Plaintiffs may, before January 19, 2022, (1) either pay the $400.00 filing fee or submit both a corrected IFP application for Mr. Calhoun and a separate IFP application for Mr. Flores and (2) file a corrected proposed complaint signed by both Mr. Flores and Mr. Calhoun.  Failure to timely respond will result in dismissal of this action without prejudice.  Moreover, the court will not consider any additional filings by Plaintiffs until they cure the deficiencies stated above.

Dated this 4th day of January, 2022.

JAMES L. ROBART
United States District Judge

---

[1] Because Mr. Calhoun is proceeding *pro se* and is not otherwise eligible to appear as counsel for Mr. Flores, *see* Local Rules W.D. Wash. LCR 83.1-.2, Mr. Flores must personally sign the proposed complaint pursuant to Federal Rule of Civil Procedure 11.