UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARMAND CALHOUN, et al.,<br><br>                    Plaintiffs,<br>     v.<br><br>BANK OF AMERICA NA,<br><br>                    Defendant. | CASE NO. C21-1613JLR<br><br>AMENDED SHOW CAUSE ORDER |

Before the court are: (1) *pro se* Plaintiff Armand Calhoun's application to proceed *in forma pauperis* ("IFP") (IFP Application (Dkt. # 1)); and (2) Mr. Calhoun and *pro se* Plaintiff Robert Flores's (collectively, "Plaintiffs") proposed complaint (Compl. (Dkt. # 1-1)).[1] The court notified Mr. Calhoun on December 1, 2021 that his IFP application was "[u]nsigned/[b]lank/[i]ncomplete" and instructed him to submit the correct form to

---

[1] This order amends the court's January 4, 2022 show cause order (1/4/22 Show Cause Order (Dkt. # 12) (listing the response deadline as February 4, 2022)) by correcting the date that Plaintiffs' must respond to the court's show cause order by.

SHOW CAUSE ORDER - 1

1 | the court by January 3, 2022. (*See* Notice (Dkt. # 3).) It also notified him that Mr. Flores
2 | did not file a separate IFP application and did not sign the proposed complaint. (*See id.*
3 | (requiring Mr. Calhoun to file the properly signed complaint, in accordance with Federal
4 | Rule of Civil Procedure 11 and Local Civil Rule 83.2 by December 15, 2021).) Plaintiffs
5 | have neither filed a corrected IFP application for Mr. Calhoun and a separate IFP
6 | application for Mr. Flores nor paid the $400.00 filing fee. (*See generally* Dkt.) They
7 | have also failed to file a corrected proposed complaint signed by both Mr. Flores and Mr.
8 | Calhoun.[2] (*See generally id.*)

9 | Accordingly, Mr. Calhoun is ORDERED to show cause why his IFP application
10 | should not be denied, and Plaintiffs are ORDERED to show cause why their case should
11 | not be dismissed. Plaintiffs must respond to this Show Cause Order by January 19, 2022.
12 | Alternatively, Plaintiffs may, before January 19, 2022, (1) either pay the $400.00 filing
13 | fee or submit both a corrected IFP application for Mr. Calhoun and a separate IFP
14 | application for Mr. Flores and (2) file a corrected proposed complaint signed by both Mr.
15 | Flores and Mr. Calhoun. Failure to timely respond will result in dismissal of this action
16 | without prejudice. Moreover, the court will not consider any additional filings by
17 | Plaintiffs until they cure the deficiencies stated above.

18 | //
19 | //
20 |

---

[2] Because Mr. Calhoun is proceeding *pro se* and is not otherwise eligible to appear as counsel for Mr. Flores, *see* Local Rules W.D. Wash. LCR 83.1-.2, Mr. Flores must personally sign the proposed complaint pursuant to Federal Rule of Civil Procedure 11.

1 | Dated this 10th day of January, 2022.

*[Signature]*

JAMES L. ROBART
United States District Judge

SHOW CAUSE ORDER - 3