```
1
2
3
4
5
6
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| ARMAND CALHOUN, et al., | CASE NO. C21-1613JLR |
|---|---|
| Plaintiffs, | ORDER |
| v. | |
| BANK OF AMERICA NA, | |
| Defendant. | |

On January 4, 2022, the court notified *pro se* Plaintiffs Armand Calhoun and Robert Flores (collectively, "Plaintiffs") that they had failed to timely pay the $400.00 filing fee or submit a corrected *in forma pauperis* ("IFP") application for Mr. Calhoun and a separate IFP application for Mr. Flores.  (*See* Show Cause Order (Dkt. # 12); *see also* Deficiency Notice (Dkt. # 3); Dkt.)  It also notified Plaintiffs that they had failed to timely file a corrected proposed complaint signed by both Mr. Flores and Mr. Calhoun.  (*See* Show Cause Order at 2; *see also* Deficiency Notice.)  Therefore, the court ordered Mr. Calhoun to show cause why his IFP application should not be denied, and Plaintiffs

ORDER - 1

to show cause before January 19, 2022, why their case should not be dismissed. (*See* Am. Show Cause Order (Dkt. # 15) at 2.[1]) Alternatively, the court stated that Plaintiffs could discharge the show cause order by, "before January 19, 2022, (1) either pay[ing] the $400.00 filing fee or submit[ing] both a corrected IFP application for Mr. Calhoun and a separate IFP application for Mr. Flores and (2) fil[ing] a corrected proposed complaint signed by both Mr. Flores and Mr. Calhoun." (*See* Am. Show Cause Order at 2; Show Cause Order at 2.) The court warned Plaintiffs that their failure to timely respond to the court's show cause order would "result in dismissal of this action without prejudice." (*See* Am. Show Cause Order at 2; Show Cause Order at 2.)

The January 19, 2022 deadline has now passed, and Plaintiffs have neither responded to the court's show cause orders nor cured the deficiencies identified therein. (*See generally* Dkt.) Accordingly, the court DISMISSES this action WITHOUT PREJUDICE.

Dated this 20th day of January, 2022.

JAMES L. ROBART
United States District Judge

---

[1] This court's January 10, 2022 amended show cause order modified the court's January 4, 2022 show cause order by correcting the date that Plaintiffs must respond to the court's show cause order by. (*Compare* Show Cause Order (listing the response deadline as February 4, 2022 and the deadline to cure the deficiencies as January 19, 2022), *with* Am. Show Cause Order (listing the deadline to respond to the show cause order or cure the deficiencies as January 19, 2022).)

ORDER - 2